# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS HAROLD STIGER,<br>Reg #39053-115 | *<br>*<br>* | |
| Petitioner, | * | |
| v. | * | |
| | * | No. 2:13CV00025-SWW-JJV |
| ANTHONY HAYNES, Warden,<br>FCI - Forrest City | *<br>*<br>* | |
| Respondent. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Stiger's Petition and Amended Petition for Writ of Habeas Corpus (Doc. Nos. 1 and 8) are DISMISSED with prejudice. The requested relief is denied and any pending motions are denied as moot.

DATED this 31st day of July, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE